UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-00446-RGK-KS | Date | May 5, 2021 |
|---|---|---|---|
| Title | Miguel Soto v. Ernesto B. Villegas et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

Miguel Soto ("Plaintiff") sued Ernesto Villegas ("Defendant") on January 15, 2021, alleging violations of the Americans with Disabilities ("ADA").

Federal Rule of Civil Procedure ("Rule") 4(m) requires a court to dismiss an action without prejudice "if a defendant is not served within 90 days after the complaint is filed" unless the plaintiff shows good cause. Fed. R. Civ. P. 4(m). Plaintiff was therefore required to serve Defendant by April 15, 2021.

On April 21, 2021, the Court issued an Order to Show Cause why the matter should not be dismissed for lack of prosecution. (ECF No. 13). On April 28, 2021, Plaintiff filed a proof of service on defendant, (ECF No. 14), which indicated service was made on April 28, 2021.

As Plaintiff did not explain why service was made after 90 days, the Court orders this matter dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

                                                                  :

Initials of Preparer     sw